**LEAGUE OF WILDERNESS DEFENDERS/BLUE MOUNTAINS BIODIVERSITY PROJECT; Cascadia Wildlands Project, Plaintiffs—Appellees,**

v.

**UNITED STATES FOREST SERVICE, Defendant,**

and

**D.R. Johnson Lumber Company, Defendant–Intervenor— Appellant.**

***

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

League of Wilderness Defenders/Blue Mountains Biodiversity Project; Cascadia Wildlands Project, Plaintiffs—Appellees,

v.

United States Forest Service, Defendant,

and

D.R. Johnson Lumber Company, Defendant–Intervenor—Appellant.

Nos. 02–35870, 03–35001.

D.C. No. CV–02–00728–HA (JE).

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 4, 2003.

Decided Dec. 17, 2003.

Stephanie Marie Parent, Susan Jane M. Brown, Pacific Environmental Advocacy Center, Christopher G. Winter, Cascade Resources Advocacy Group, Portland, OR, for Plaintiffs–Appellees.

Jeffrey K. Handy, USPO—Office of the U.S. Attorney, Mark O. Hatfield, Portland, OR, John P. Almeida, U.S. Department of Justice, Washington, DC, for Defendant.

Scott W. Horngren, Julie A. Weis, Haglund, Kirtley, Kelley, Horngren & Jones, LLP, Portland, OR, for Defendant–intervenor–Appellant

Before BRUNETTI, T.G. NELSON, and GRABER, Circuit Judges.

* This disposition is not appropriate for publication and may not be cited to or by the courts

ORDER*

The judgment of the district court is AFFIRMED for the reasons given in its judgment dated September 18, 2002.